DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRITZ ALISME,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-413

[April 30, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case No. 09-022392 CF10A.

Fritz Alisme, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***